EDWARD A. SMITH (SBN: 139950)
JOHN D. MAXEY (SBN: 117617)
DUDUGJIAN & MAXEY
A LAW CORPORATION
13 SIERRAGATE PLAZA BLDG B
ROSEVILLE, CALIFORNIA  95678
Telephone: (916) 786-7272
Fax: (916) 786-7306
Email: edwardsmith@dudugjian-maxey.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, IRS | DC No.: 1:13-cv-01737-SAB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO AMEND AMENDED SCHEDULING ORDER AND EXTEND DISCOVERY CUTOFF AND DISPOSITIVE MOTION CUTOFF** |
| MICHAEL P. MALLERY and REBECA C. MALLERY, | |
| Defendants. | |

## STIPULATION

Pursuant to Local Rules 143 and 144, and Section XIV of the Court's Scheduling Order (Docket Entry #8), Plaintiff UNITED STATES OF AMERICA, IRS ("IRS") and Defendants MICHAEL P. MALLERY and REBECA C. MALLERY ("MALLERY") hereby stipulate and agree, subject to Court approval, to a one month continuance of the discovery cutoff date, from November 28, 2014 to December 28, 2014, and the dispositive motion cutoff date from January 22, 2015 to February 23, 2015, in the above-entitled action due to Defendants' scheduling

1

conflicts.  Specifically, IRS and MALLERY stipulate and agree as follows:

**WHEREAS**, IRS filed its Complaint against MALLERY on October 28, 2013;

**WHEREAS**, MALLERY filed its Answer on February 4, 2014;

**WHEREAS**, the fact discovery cutoff in this case is currently set for November 28, 2014 pursuant to the Court's Amended Scheduling Order (Docket Entry #16);

**WHEREAS**, the IRS has scheduled the depositions of both Defendants for October 28, 2014 in Fresno, California;

**WHEREAS**, trial is not set to begin in this case until April 28, 2015 pursuant to the Court's Amended Scheduling Order (Docket Entry #16);

**WHEREAS**, the following discovery needs to take place: Depositions of Defendants Michael and Rebeca Mallery.  Potential deposition of Defendants' attorney John D. Maxey;

**WHEREAS**, good cause exists for the Court to modify the Amended Scheduling Order and extend the discovery cutoff from November 28, 2014 to December 28, 2014 and dispositive motion cutoff date from January 22, 2015 to February 23, 2015 pursuant to the parties' stipulation for the following reasons:

1. Mr. Mallery's employer, Gerawan Farming, is involved in a contentious dispute with the United Farm Workers.  The California Agricultural Labor Relations Board is conducting an investigatory hearing into the alleged misconduct of Gerawan Farming as it relates to potential union representation at Gerawan Farming.  Mr. Mallery is required to attend these proceedings which take place five days a week from 9am to 5pm.  The parties need addtional time to schedule Mr. Mallery's deposition.

2. In addition to scheduling conflicts, the parties are in the process of discussing disputes relating to pending document productions, and an extension of the discovery cutoff would provide the parties more time to cooperate and reach a compromise to resolve as many of those

issues as possible.

3.  A one month extension of the discovery cutoff and extending the dispositive motion deadline would not affect any other dates or deadlines in the Court's Amended Scheduling Order.  Trial is not set to begin until April 28, 2015.  The next scheduled event is the Settlement Conference on March 5, 2015.

4. The parties need more time to conduct discovery due to Mr. Mallery's current non-availability.

5. For all the reasons set forth above, counsel for both parties believe that extending the discovery cutoff date by one month will allow the parties sufficient time to complete all remaining discovery. And, as deposition transcripts may be needed to prepare any dispositive motions, the cutoff date for hearing depositive motions should be extended from January 22, 2015 to February 23, 2015.  The parties and their respective counsel are also confident that these new deadlines will promote and encourage settlement discussions.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their undersigned counsel, that the fact discovery cutoff in this matter is hereby extended from November 28, 2014 to December 28, 2014, and the dispositive motion cutoff date is hereby extended from January 22, 2015 to February 23, 2015, the Court's July 14, 2014 Amended Scheduling Order is hereby amended to read as follows: All discovery, including expert discovery, shall be completed by December 28, 2014 and dispositive motions must be heard by February 23, 2015.  In this context, "completed" means that all discovery shall have been conducted so that all deposition have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this Court.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: October 21, 2014 | DUDUGJIAN & MAXEY<br>A Law Corporation |
| By: | /s/ Edward A. Smith<br>EDWARD A. SMITH<br>Attorneys for Defendants |
|  | TAMARA W. ASHFORD<br>Acting Assistant Attorney General |
|  | /s/Henry C. Darmstadter<br>HENRY C. DARMSTADTER<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683 Ben Franklin Station<br>Washington, D.C.  20044-0683<br>(202) 307-6484 |
|  | *Of Counsel*<br>BENJAMIN B. WAGNER<br>United States Attorney<br>*Attorneys for the United* States |

IT IS SO ORDERED.

Dated:   **October 23, 2014**

UNITED STATES MAGISTRATE JUDGE

4