# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL P. MALLERY, et al.,<br><br>Defendants. | Case No. 1:13-cv-01737-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. ) |

On February 18, 2014, a scheduling order issued in this action. On July 14, 2014, and October 23, 2014, orders issued amending the February 18, 2014 order. On December 5, 2014, the parties filed a stipulation to amend the scheduling order and requested clarification of the dispositive motion deadline.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the scheduling orders issued in this action are amended as follows:

1. The discovery cutoff date in this action shall be continued from December 28, 2014, to January 27, 2015;

2. All discovery, including any motions to compel, must be completed by January 27, 2015;

///

///

1

3. Dispositive motions shall be filed on or before February 23, 2015; and

4. The prior scheduling orders shall remain in effect in all other respects.

IT IS SO ORDERED.

Dated: **December 9, 2014**

UNITED STATES MAGISTRATE JUDGE

2