# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>MICHAEL P. MALLERY, et al.,<br><br>             Defendants. | Case No.  1:13-cv-1737-SAB<br><br>ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY MAY 15, 2015 |

On October 28, 2013, the United States of America ("Plaintiff") filed this action against Defendants Michael P. Mallery and Rebeca C. Mallery seeking to enforce a federal tax lien. On February 23, 2015, Plaintiff filed a motion for summary judgment to be heard on April 15, 2015.

Currently a pretrial conference is set for March 13, 2015 with a bench trial scheduled to start April 28, 2015. On March 2, 2015, the Court conducted an informal telephonic conference to discuss the currently set trial date. During the teleconference, the parties indicated that they have reached a tentative settlement in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference set for March 5, 2015 at 10:00 a.m. in Courtroom 7 before the Honorable Sheila K. Oberto is VACATED;

///

///

2. All other scheduled dates in this action are VACATED; and

3. The parties shall file dispositional documents on or before May 15, 2015.

4. If the case does not in fact settle, then the parties shall inform the Court's Courtroom Clerk, Mamie Hernandez, as soon as practicable so that new dates can be set via an informal telephonic conference..

IT IS SO ORDERED.

Dated:   **March 2, 2015**

UNITED STATES MAGISTRATE JUDGE