# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL P. MALLERY, et al.,<br><br>  Defendants. | Case No.  1:13-cv-1737-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS IN COMPLIANCE WITH COURT ORDER<br><br>(ECF No. 31)<br><br>FOURTEEN DAY DEADLINE |

On March 2, 2015, the Court conducted an informal telephonic conference in this action during which the parties indicated that they had reached a tentative settlement.  An order issued on this date requiring the parties to file dispositional documents by May 15, 2015.  As of this date, the parties have not filed dispositional documents or otherwise responded to the Court's order.

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **fourteen (14) days** of the date of entry of this order why dispositive documents have not yet been filed.  **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **May 18, 2015**

UNITED STATES MAGISTRATE JUDGE

1