IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:13-cv-1737 SAB |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTION TO |
| ) | DISMISS AND DISCHARGING ORDER |
| v. ) | TO SHOW CAUSE |
| ) | |
| MICHAEL P. MALLERY and, ) | (ECF Nos. 32, 33) |
| REBECA C. MALLERY ) | |
| Defendants. ) | |
| _____ ) | |

On May 20, 2015, the Court issued an order for the parties to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the Court's order. On May 21, 2015, the parties jointly moved for dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Upon considering the joint motion and for good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause issued on May 20, 2015 is DISCHARGED (ECF No. 32);

2  The joint motion for dismissal filed May 21, 2015, is GRANTED (ECF No. 33);

3. This action is DISMISSED with prejudice; and

4. The parties shall bear their respective costs, including any possible attorneys' fees or other expenses of litigation;

IT IS SO ORDERED.

Dated: **May 21, 2015**

UNITED STATES MAGISTRATE JUDGE